UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

**JUL - 8 2026**

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:26mj1115 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WAIVER OF DETENTION** |
| | ) | **HEARING AND ORDER** |
| DEMETRIUS MOORE, | ) | |
| | ) | Magistrate Judge Amanda M. Knapp |
| Defendant. | ) | |

DEMETRIUS MOORE, the above named defendant, accused of having violated Title

18, U.S.C., Section 922(g)(1), having been advised of the nature of the charge and of his

rights, and under advice of counsel, waives his right to a detention hearing and consents that

he be held without bail pursuant to Title 18, U.S.C., Section 3142 (e) and (i), with the right to

revisit the issue of detention at a later date.

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

Approved: _____
Amanda M. Knapp
U.S. Magistrate Judge

Date: 7/8/26