AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  5:26mj1115 |
| Demetrius Moore | ) | |
| | ) | |
| | ) | **RECEIVED** |
| | ) | By U.S. Marshals Service  at 3:34 pm, Jul 06, 2026 |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Demetrius Moore                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1): Felon in Possession of Firearm

Date:     07/06/2026

City and state:     Akron, Ohio

Amanda M. Knapp, United States Magistrate Judge

---

| Return |
|---|

This warrant was received on *(date)*   7/6/26  , and the person was arrested on *(date)*   7/8/26
at *(city and state)*   CLEVELAND, OHIO   .

Date:   7/8/26

**FILED**

JUL 0 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

*Arresting officer's signature*

ORLANDO Asente , TFO
*Printed name and title*